UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04959-HDV-RAO | Date | September 10, 2026 |
| Title | *Zhuo Zhao Jin v. J. Johnson et al* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | CourtSmart |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Pro Se Zhuo Zhao Jin | AUSA Christina Marquez |

**Proceedings:** **HEARING ON PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER [1, 3]**

Matter called and all parties are present, including Mandarin Yan Yan Liu.

The Court hears oral argument on the application, which the Court construes as a request for a preliminary injunction, and rules as follows:

The Court **DENIES** the ex parte application.

The Court ORDERS the government to file a short status report within one week regarding the status of the bond hearing. A separate detailed order to follow.

**IT IS SO ORDERED.**